UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY MOREHOUSE, | No. 2:24-cv-2103 TLN SCR P |
| Petitioner, | |
| v. | ORDER |
| GENA JONES, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 10. Petitioner paid the filing fee. Also pending before the court is petitioner's motion to stay these proceedings which respondent opposes. ECF Nos. 20, 23.

    A review of the amended § 2254 application indicates that petitioner challenges a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's pending motion for a stay and abeyance.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

3. The court declines to rule on petitioner's motion for a stay and abeyance pending transfer of this matter to the proper division of this court.

DATED: June 3. 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2